## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| **JOCELYN ARNWINE,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **No. 3:10-CV-29** |
| | ) **(Phillips)** |
| **STAFFME.NET, LLC,** | ) |
| **JAY GINRICH, and** | ) |
| **TERRI GINGRICH,** | ) |
| **Defendants.** | ) |

## SHOW CAUSE ORDER

On June 1, 2010, defendants Jay Ginrich and Terri Ginrich filed a motion

to dismiss the complaint against them in their individual capacities. Plaintiff has failed to

respond to the motion. Plaintiff is **ORDERED** to **SHOW CAUSE** in writing on or before

**July 26, 2010,** why defendants' motion to dismiss should not be granted.

ENTER:

s/ Thomas W. Phillips
United States District Judge